

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2022

No. 04-20-00311-CV

Margaret Fay **GUIDRY**,
Appellant

v.

Edward James **GUIDRY**, Jr.,
Appellee

From the 452nd District Court, Menard County, Texas
Trial Court No. 2018-05589
James L. Rex, Judge Presiding

# O R D E R

Sitting: Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

The court has considered the Motion for En Banc Reconsideration, and the motion is DENIED.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court